## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| In re:  BARBARA JEAN SHEPHARD,  Debtor. | Case Number: 10-13031 NLJ  Chapter 13 |
|---|---|

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

BARBARA JEAN SHEPHARD, Debtor in the above-captioned Chapter 13 proceeding, would herein request that the Court enter an order modifying the Chapter 13 Plan confirmed by the Court on January 7, 2011, pursuant to 11 U.S.C. §1329. Debtor(s) herein would propose the following modifications to the confirmed Chapter 13 Plan:

1. To provide that Debtor is current on plan payments through March 2011;

2. To provide for an increase in Debtor's plan payment to $1,847.00 per month, beginning in April 2011; and

3. To provide that counsel for Debtor(s) receive $350.00 for services rendered in this matter, to be paid at the rate of $75.00 per month through the plan pursuant to the Guidelines and without the necessity of filing a fee application for the same.

In support of this motion, Debtor(s) would respectfully state that her ongoing mortgage payment has increased post-confirmation, and her confirmed Chapter 13 Plan is no longer feasible.

WHEREFORE, given the above facts and arguments, Debtor(s) request that the Court enter an order modifying the confirmed Chapter 13 Plan, and for other such relief as the Court deems just and proper.

_Barbara J. Shephard_
Debtor

_N/A_
Joint Debtor (If Necessary)

Respectfully submitted,

Jerry D. Brown, OBA #16815
JERRY D. BROWN, P.C.
5800 N. Western Ave., Suite 150
Oklahoma City, OK 73118
(405) 841-1000

**TIME FOR RESPONSE:** Pursuant to Rule 3015(g) and 9006(f), Fed.R.Bankr.P., a written response must be served on the above-named attorney within twenty-four (24) days from the date of the filing of this motion, which includes the three days for mailing. Failure to respond within the time allowed may cause the pleading to be deemed confessed, and relief may be granted *ex parte* if a proposed order granting the relief is timely submitted to the Court.

## CERTIFICATE OF SERVICE

I, Jerry D. Brown, hereby certify that on the ___19th___ day of April, 11 a true and correct copy of the above and foregoing instrument was mailed, with proper postage prepaid (or served via ECF), to all interested parties listed below:

| | | |
|---|---|---|
| John T. Hardeman<br>Chapter 13 Trustee<br>PO Box 1948<br>Oklahoma City, OK 73101<br>VIA ECF | Office of the AUST<br>215 Dean A. McGee Ave.<br>Fourth Floor<br>Oklahoma City, OK 73102<br>VIA ECF | Barbara Jean Shephard<br>PO Box 1474<br>Purcell, OK 73080<br>VIA US MAIL |
| Joseph P. Gappa<br>OTC Legal Division<br>Assistant General Counsel<br>120 N Robinson Ste. 2000W<br>Oklahoma City, OK 73102-7801<br>VIA ECF | Internal Revenue Service<br>Special Procedures<br>55 N. Robinson MS 5024<br>Oklahoma City, OK 73102-3229<br>VIA US MAIL | AURORA LOAN SERVICES<br>10350 PARK MEADOWS DRIVE<br>LITTLETON CO 80124-0000<br>VIA US MAIL |

2

| | | |
|---|---|---|
| MCCLAIN BANK<br>PO BOX 351<br>131 W MAIN<br>PURCELL OK 73080-0000<br>VIA US MAIL | Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-0000<br>VIA US MAIL | Jim Timberlake<br>Baer & Timberlake<br>5901 N. Western #300<br>Oklahoma City, OK 73118<br>VIA US MAIL |
| BAER, TIMBERLAKE, COULSON & CATES<br>PO BOX 18486<br>OKLAHOMA CITY OK 73154-0486<br>VIA US MAIL | Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541-0000<br>VIA US MAIL | US Dept of Education<br>PO Box 5609<br>Greenville, TX 75403<br>VIA US MAIL |

_____
Jerry D. Brown, OBA #16815