## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:  BARBARA JEAN SHEPHARD,<br><br>_____Debtor._____ | Case Number: 10-13031 NLJ<br>Chapter 13 |

### MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

BARBARA JEAN SHEPHARD, Debtor in the above-captioned Chapter 13 proceeding, would herein request that the Court enter an order modifying the Chapter 13 Plan confirmed by the Court on January 7, 2011, pursuant to 11 U.S.C. §1329.  Debtor(s) herein would propose the following modifications to the confirmed Chapter 13 Plan:

1. To provide that Debtor is current on plan payments through May 2011;

2. To suspend Debtor's plan payments for the months of June, July, August, September, and October 2011;

3. To provide for an increase in Debtor's plan payment to $2,105.00 per month, beginning in November 2011; and

4. To provide that counsel for Debtor(s) receive $350.00 for services rendered in this matter, to be paid at the rate of $75.00 per month through the plan pursuant to the Guidelines and without the necessity of filing a fee application for the same.

In support of this motion, Debtor(s) would respectfully state that she lost her job but is actively seeking employment.

WHEREFORE, given the above facts and arguments, Debtor(s) request that the Court enter an order modifying the confirmed Chapter 13 Plan, and for other such relief as the Court deems just and proper.

_Barbara J. Shephard_
Debtor

_____
Joint Debtor (If Necessary)

Respectfully submitted,

_Jerry D. Brown_
Jerry D. Brown, OBA #16815
JERRY D. BROWN, P.C.
5500 N. Western Ave., Suite 150
Oklahoma City, OK 73118
(405) 841-1000

**TIME FOR RESPONSE:** Pursuant to Rule 3015(g) and 9006(f), Fed.R.Bankr.P., a written response must be served on the above-named attorney within twenty-four (24) days from the date of the filing of this motion, which includes the three days for mailing. Failure to respond within the time allowed may cause the pleading to be deemed confessed, and relief may be granted *ex parte* if a proposed order granting the relief is timely submitted to the Court.

## CERTIFICATE OF SERVICE

I, Jerry D. Brown, hereby certify that on the ___10th___ day of August, 11 a true and correct copy of the above and foregoing instrument was mailed, with proper postage prepaid (or served via ECF), to all interested parties listed below:

| | | |
|---|---|---|
| John T. Hardeman<br>Chapter 13 Trustee<br>PO Box 1948<br>Oklahoma City, OK 73101<br>VIA ECF | Office of the AUST<br>215 Dean A. McGee Ave.<br>Fourth Floor<br>Oklahoma City, OK 73102<br>VIA ECF | Barbara Jean Shephard<br>PO Box 1474<br>Purcell, OK 73080<br>VIA US MAIL |
| Joseph P. Gappa<br>OTC Legal Division<br>Assistant General Counsel<br>120 N Robinson Ste. 2000W<br>Oklahoma City, OK 73102- | Internal Revenue Service<br>Special Procedures<br>55 N. Robinson MS 5024<br>Oklahoma City, OK 73102-3229<br>VIA US MAIL | AURORA LOAN SERVICES<br>10350 PARK MEADOWS DRIVE<br>LITTLETON CO 80124-0000<br>VIA US MAIL |

2

7801
VIA ECF

MCCLAIN BANK
PO BOX 351
131 W MAIN
PURCELL OK 73080-0000
VIA US MAIL

BAER, TIMBERLAKE,
COULSON & CATES
PO BOX 18486
OKLAHOMA CITY OK
73154-0486
VIA US MAIL

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-0000
VIA US MAIL

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA 23541-0000
VIA US MAIL

Jim Timberlake
Baer & Timberlake
5901 N. Western #300
Oklahoma City, OK 73118
VIA US MAIL

US Dept of Education
PO Box 5609
Greenville, TX 75403
VIA US MAIL

_____
Jerry D. Brown, OBA #16815